UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN D. BRUGOS, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | CAUSE NO. 2:03-CV-547 RM |
| ) | |
| GERRY NANNENGA, *et al.*, ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

On September 30, Gary Landau, counsel for Mr. and Mrs. Nannenga, notified the court of bankruptcy proceedings initiated on the Nannengas' behalf. The court now proposes to stay and sever all claims against Mr. Gerry Nannenga and Ms. Debbie Nannenga, place those claims on the court's inactive docket until such time as is appropriate, and proceed with the remaining claims in this action.

The remaining parties are afforded 14 days from the date of this order to show cause why the court's proposed plan should not go forth. See Milwaukee Concrete Studios Ltd. v. Fjeld Mfg. Co. Inc., 8 F.3d 441, 443 n.1 (7th Cir. 1993).

SO ORDERED.

ENTERED: October 4, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court