UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN D. BRUGOS, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | CAUSE NO. 2:03-CV-547 RM |
| ) | |
| GERRY NANNENGA, *et al.*, ) | |
| ) | |
| Defendants ) | |

<u>OPINION AND ORDER</u>

Based on good cause shown, the court hereby GRANTS the plaintiffs' motion for extension of time to oppose the court's proposed plan to sever and stay claims against Gerry and Deborah Nannenga [Doc. No. 246]. The parties have until October 21, 2005 to show cause why the proposed plan should not go forth.

SO ORDERED.

ENTERED: <u>October 19, 2005</u>

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court
