UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOHN D. BRUGOS, *et al.*, | ) |
| Plaintiffs | ) ) ) |
| vs. | ) CAUSE NO. 2:03-CV-547 RM ) |
| GERRY NANNENGA, *et al.*, | ) ) |
| Defendants | ) |

OPINION AND ORDER

On October 21, the plaintiff's responded to the court's order to show cause why the claims against Mr. and Mrs. Nannenga should not be stayed and severed. This court has no authority to lift the automatic stay imposed by 11 U.S.C. § 362, and while the plaintiffs unhelpfully devote considerable space to the disparagement of the reasons behind the bankruptcy filing, they have offered no persuasive argument against severing the Nannengas' claims, allowing the remainder of this litigation to continue. If, as the plaintiffs predict, the bankruptcy court lifts the stay, the plaintiffs may ask the court to vacate today's severance order.

Therefore, the court ORDERS all claims asserted against the Nannengas SEVERED and STAYED pending further order of the court.

SO ORDERED.

ENTERED: <u>October 26, 2005</u>

      <u>/s/ Robert L. Miller, Jr.</u>
Chief Judge
United States District Court